641 S.E.2d 435

**The STATE, Petitioner,**

v.

**Michael DUNBAR, Respondent.**

**No. 26260.**

Supreme Court of South Carolina.

Heard Jan. 18, 2007.
Decided Feb. 5, 2007.

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Donald V. Myers, of Lexington, for petitioner.

Appellate Defender Kathrine H. Hudgins, of Columbia, for respondent.

---

105 (2003) (applying § 17–25–50 to crimes so closely connected as to be treated as one offense).

PER CURIAM:

We granted this petition for a writ of certiorari to review the Court of Appeals' opinion in *State v. Dunbar*, 361 S.C. 240, 603 S.E.2d 615 (Ct.App.2004). After careful consideration, we now dismiss certiorari as improvidently granted.

**DISMISSED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.